IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| EGOR MICHAILOVICH CHERNOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 1:11-CV-103-C |
| WARDEN SILOS IRVIN, | ) | ECF |
| | ) | |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE, NOTICE, AND INSTRUCTIONS TO PARTIES

A petition for writ of habeas corpus has been filed in this Court pursuant to 28 U.S.C. § 2241. Accordingly, it is ORDERED as follows:

**RESPONDENT'S ANSWER**: Respondent is directed to file an **answer** to Petitioner's petition within sixty (60) days from the date of this Order. All applicable issues **must** be raised in the **answer** filed by Respondent. **No extensions will be granted**.

Respondent shall mail a copy of the answer, together with a copy of any supporting brief filed therewith, to Petitioner at the address set out in Petitioner's pleadings or to his attorney of record, if any. Respondent shall file a certificate with the Clerk evidencing such service.

**RECORDS**: All records **must** be filed with the Clerk within sixty (60) days from the date of this Order.

**PETITIONER'S RESPONSE**: Petitioner may file a response to Respondent's answer within twenty (20) days from the date shown on Respondent's certificate of service. Petitioner's response must be limited to the arguments raised by Respondent and shall not include any new

allegations of fact or new grounds for relief. Petitioner shall mail a copy of any response to counsel for Respondent and shall file a certificate with the Clerk evidencing such service.

**SERVICE OF PETITION AND ORDER**: Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and by prior agreement of the Office of the United States Attorney, Northern District of Texas. The Clerk shall mail a copy of this Order to Petitioner or his attorney of record.

Dated June 14, 2011.

SAM R. CUMMINGS
United States District Judge